BENTLEY v. LANGLEY

No. 200 PC.

Case below: 39 N.C. App. 20.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 March 1979.

BOARD OF TRANSPORTATION v. JONES

No. 194 PC.

No. 110 (Spring Term).

Case below: 38 N.C. App. 337.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 6 March 1979.

CAMPBELL v. CHURCH

No. 6 PC.

Case below: 39 N.C. App. 117.

Petitions by plaintiff and defendants for discretionary review under G.S. 7A-31 denied 6 March 1979. Appeal by plaintiff dismissed 6 March 1979.

COLLINS v. INSURANCE CO.

No. 189 PC.

No. 111 (Spring Term).

Case below: 39 N.C. App. 38.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 6 March 1979.

DAVIS v. DEPT. OF TRANSPORTATION

No. 10 PC.

Case below: 39 N.C. App. 190.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 March 1979.